

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS    DEC X 4 2007
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NOUR A ULAYYET<br>A 96 587 557<br>　　　　Plaintiff | )<br><br>07CV6816<br>JUDGE KENNELLY |
| 　　　　　　v. | MAG. JUDGE NOLAN |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,  Ruth A<br>Dorochoff, Chicago District Director, UNITED<br>STATES DEPARTMENT OF HOMELAND<br>SECURITY, Michael Chertoff and FEDERAL<br>BUREAU OF INVESTIGATIONS, Robert<br>Mueller, Director<br><br>　　　　Defendants | T<br>)<br>)　　**JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION FOR WRIT OF MANDAMUS

NOW COMES Plaintiff Nour A Ulayyet ("Plaintiff ") by and through her

attorney, Zuhair Nubani, complaining of Defendants, states as follows:

### INTRODUCTION

1.　　　This is a civil action brought to compel Defendant and those acting under

them to take action on the subject application to adjust status to that of a

lawful permanent resident (Form I-485) filed by Plaintiff with the USCIS/

Department of Homeland Security and on which Defendants and those acting

under them have failed to take action.

### JURISDICTION AND VENUE

2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 and

1361 [to compel an officer or employee of the United States or agency thereof

to perform a duty owed to the plaintiffs] and 5 U.S.C. §§ 704 [no other

adequate remedy] and 706 [to compel agency action unlawfully withheld or

unreasonably delayed]. There is jurisdiction under 28 USC Sec. 1331 because

this action arises under 28 USC Sec. 1361 (mandamus), the Administrative

Procedure Act (APA)  (5 USC Sec. 555  (b) and 5 USC Sec. 702), and the

Immigration and Nationality Act (INA)  and regulations implementing it.

(Title 8 of the CFR). Further, this action is brought to compel the Defendants

to accord Plaintiff the due process of law and constitutionally fair procedures

in the application process to which they are entitled pursuant to the Fifth

Amendment of the United States Constitution.

3.      Venue lies in this Court pursuant to 28 U.S.C. § 1391(e) in that Defendants

are agents of the United States of America and USCIS is an agency thereof

The Defendants.maintain their offices in this district and the USCIS office in

this district is adjudicating the plaintiff's application.

## PARTIES

4.      Plaintiff is a citizen and native of Syria who filed an application for adjustment

of status based upon an approved Form I-130 filed by her husband Fahed

Ulayyet, a United States permanent resident.. **See Exhibit A**. On or about July

17, 2005 your Plaintiff had cause to file an I-485 application to adjust her status

to that of a lawful permanent resident of the United States pursuant to 8 U.S.C.

$1255. **See Exhibit B.** That on May 3, 2006, Defendant USCIS interviewed

2

Plaintiff concerning her application. **See Exhibit C.** Defendant did not render a decision at the time of Plaintiff's interview, but did request additional documentation. See **Exhibit D.** That request was diligently adhered to by Plaintiff's attorney on May 9, 2006 approximately 6 (six) days later.
**See Exhibit E.**

5.  Defendant, Ruth Dorochoff, is being sued in her official capacity as the Director of the Chicago District Office of the Department of Homeland Security Citizenship and Immigration Services ("USCIS"), the office which conducted Plaintiff's interview for adjustment of status and which has jurisdiction over her applications.

6.  Defendant USCIS is a Federal agency organized and existing under 8 U.S.C. § 1551.Defendant USCIS is responsible for the administration of immigration and naturalization adjudication functions and establishing immigration services, policies, and priorities under Title 8 of the United States Code. These functions include: adjudication of immigrant visa petitions, adjudications performed at the service centers, and all other adjudications performed by the former Immigration and Naturalization Service.

7.  Defendant, Michael Chertoff, the Secretary for the Department of Homeland Security (DHS) is being sued in his official capacity only. Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff, through his delegates, has authority to adjudicate adjustment of status filed with the USCIS and to accord lawful permanent resident status under the provisions of $245 of the Immigration Act, 8 U.S.C. $1255

8. Defendant Federal Bureau of Investigations ("FBI") is an agency of United States and performs the background checks for USCIS.

## FACTS

9. Plaintiff entered the United States lawfully on an F-1 student visa in April 2001. See **Exhibit F.** She is married to Fahed Ulayyet, a U.S. permanent resident. They have 3 (three) United States citizen children together.

10. That along with filing her application to adjust status, Plaintiff filed an application for work authorization. Defendants approved her application for work authorization. See **Exhibit G**

11. That after filing her application to adjust status to that of a lawful permanent resident, attending an interview and responding to a request for further evidence, your Plaintiff has received no notice from the Defendants concerning the status of her application and it has been now almost 2 (two) years since the application has remained pending. .

12. That your Petitioner has inquired on a number of occasions as to the status of the presently pending application to adjust status both in person and through her attorney. **See Group Exhibit H.** No proper communication was received relative to the same in terms of final adjudication.

## REQUEST FOR RELIEF

13. The allegations contained in paragraphs 1 through 12 above are repeated and re-alleged as though fully set forth herein.

14. Your Petitioner has fully complied with all of the requirements for filing her application to adjust status to permanent residency.

15. The Defendants have willfully and unreasonably delayed Plaintiff's application, The delay in adjudicating the application is not due to the Plaintiff.

16. The Defendants owe a duty to Plaintiff to adjudicate her adjustment of status application and they have unreasonably failed to perform that duty. This duty is owed under the Immigration and Nationality Act regulations, as well as by the fact that by charging a filing fee, USCIS created for itself an obligation to process and adjudicate the application.

17. The delay is unreasonable per se.

18. Alternatively, or in addition thereto, the delay is unreasonable in light of USCIS estimated processing times and press releases which claim improved processing times and increased efficiency, and which further indicate that adjustment of status applications can be processed in less time now than in previous years.

19. The delay is unreasonable in light of the fact that upon information and belief, as a result of the delay, Plaintiff will have to be fingerprinted again and re-apply and pay a fee for her employment authorization card.

20. The delay is unreasonable and has caused prejudice to Plaintiff. Plaintiff and her husband have been waiting almost two years for adjudication of her case. She is

5

not permitted to depart the United States and visit any of her family outside the country. In addition Plaintiff and her husband are unable to close an immigration process that has been on going since 2001. Plaintiff has provided all documents relevant to this case to the USCIS and has USCIS has all documentation it requires to render a final decision in her case.

21. Plaintiff has exhausted her administrative remedies, received no further response from USCIS and her I-485 application remains pending. No other remedy exists for her to resolve Defendants' unwarranted delay.

WHEREFORE, Plaintiff prays that this Court:

1.  Compel Defendants and those acting under them to perform their duty or duties to adjudicate the application for adjustment of staus (Form I-485)

2.  Compel the F.B.I. if necessary to complete Plaintiff's background check and fingerprint process..

3.  Grant Plaintiffs attorney's fees and costs under the Equal Access to Justice Act to be paid by the Defendants; and

4.  Grant such other and further relief as this Court deems just in the premises.

Respectfully submitted,

_Zuhair Nubani_

Attorney for Plaintiff

Zuhair Nubani
Attorney for Plaintiff
30 N LaSalle #1210
Chicago, IL 60602
(312) 845-1006

# EXHIBIT A

U.S. Department of Justice Case 1:07-cv-06816    Document 1    Filed 12/04/2007    Page 8 of 29
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, |
|---|---|
| LIN-01-182-53221 | FIANCE(E), OR ORPHAN |

| RECEIPT DATE | PRIORITY DATE | PETITIONER A76 788 695 |
|---|---|---|
| May 22, 2001 | April 24, 2001 | ULAYYET, FAHED M. |

| NOTICE DATE | PAGE | BENEFICIARY A76 788 695 |
|---|---|---|
| September 24, 2001 | 1 of 1 | ULAYYET, NOUR A. |

FAHED M. ULAYYET
206 SHOREWOOD DR
VALPARAISO IN 46385

**Notice Type:** Approval Notice
**Section:** Husband or wife of permanent
resident, 203(a)(2)(A) INA

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

If you have any questions about visa issuance, please contact the NVC directly. However, please allow at least 30 days before calling the NVC if your beneficiary has not received correspondence from the NVC. The telephone number of the NVC is (603) 334-0700.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-05-298-22508 | | | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|---|
| Received Date: July 17, 2005 | Priority Date: | | Applicant: | A096587557 ULAYYET, NOUR |
| Notice Date: July 27, 2005 | Page | 1 OF 1 | ASC Code: | 3 |

| S SOUMAN 30 N LASALLE STREET SUITE 1210 CHICAGO IL 60602 | Notice Type: | Receipt Notice |
|---|---|---|
| | Amount Received: | $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

*NYC-03-60-701906 CHI*
*2/5/07*

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

*Oct 19, 2005 RFE received*
*(followed upon 3/12/07)*
*held to wait to 3/22/07*

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



I-797C (Rev. 11/28/03) N

● *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

● *You will be notified separately about any other applications or petitions you have filed.*

## *Additional Information*

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRATION PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

# EXHIBIT C

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE<br>March 16, 2006 |
|---|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A 096 587 557 |
| APPLICATION NUMBER<br>MSC0529822508 | RECEIVED DATE<br>July 17, 2005 | PRIORITY DATE<br>July 17, 2005 | PAGE<br>1 of 1 |

NOUR A ULAYYET
c/o S HALA SOUMAN
30 N LASALLE STREET SUITE 1210
CHICAGO IL 60602

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (3 CFR 103.2(b)(13))

**Who should come with you?**

- ☐ **If your eligibility is based on your marriage, your husband or wife must come with you to the interview.**
- ☐ **If you do not speak English fluently, you should bring an interpreter.**
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**\*NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)

- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for <u>each</u> of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services | ON: Wednesday, May 03, 2006 |
|---|---|
| 230 S. DEARBORN STREET | AT: 11:15 AM |
| KLUCZYNSKI FEDERAL BLDG | |
| 2ND FLOOR | |
| CHICAGO IL 60604 | |
| 8 | REPRESENTATIVE COPY |

● *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

● *You will be notified separately about any other applications or petitions you have filed.*

## Additional Information

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRANT PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status.*

# EXHIBIT D

**Department of Homeland Security**
Citizenship and Immigration Services

*10 West Jackson Boulevard*
*Chicago, IL 60604*

DATE: May 3, 2006
A 96 587 557

**Nour Ulayyet**
**206 Shorewood**
**Valparaiso, IN 46385**

### REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

### PLEASE SEE FOLLOWING SHEET

Your response must be received in this Office within **84 days.** Your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based on the record; or

3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). **No extension of the period allowed to submit evidence will be granted.** If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**
**Please submit all documents to the attention of:**         USCIS
                                                             Officer Fiscal
                                                             **10 WEST JACKSON BLVD**
                                                             **CHICAGO, IL 60604**
                                                             Sincerely,

**ACTING DISTRICT DIRECTOR**
**GERARD HEINAUER**

**Department of Homeland Security**
Citizenship and Immigration Services
10 W. Jackson Blvd.  Room 323
Chicago, Illinois 60604

PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO _____ **ATTN: OFFICER FISCAL**

**Name:** N. Ulayyet

**Alien Registration Number 96587557**

## PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | 1. | Please complete the blocks on your enclosed application/petition/form, which are highlighted. |
| ☐ | 2. | **Furnish the required Form I-601 with proper fee and documentation.** |
| ☐ | 3. | A foreign document must be accompanied by a translation in English.  The translator must certify that he/she is competent to translate and that the translation is accurate. |
| ☐ | 4. | Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States. |
| ☐ | 5. | Furnish two (2) color photographs.  These photos must have a white background, photos must be glossy, unretouched, and not mounted.  Dimension of the facial image should be about 1 inch from the chin to top of hair or head. See attached |
| ☐ | 6. | I-864 Affidavit of Support and last three years of tax returns, W2s and a job letter for ☐  Sponsor and/or ☐ Joint Sponsor. This form must be completely filled out and notarized.  Failure to follow the directions and complete this form accurately may result in denial of your application. Proof of US citizenship/residency. |
| ☐ | 7. | You must provide a sworn statement for **each and every arrest** and for charges against you including the dates and places.  You must provide **certified court dispositions** (not police reports) for **each and every arrest** and charge. |
| ☐ | 8. | Your case is continued for your fingerprints to clear. |
| ☐ | 9. | Your case is continued because you need to submit new fingerprints.  (See attached fingerprint referral letter). |
| ☐ | 10. | Submit medical exam (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon.  These documents must be in a sealed envelope from the doctor. |
| ☐ | 11. | Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary: |
| | ☐  a. | Original Birth Certificate for |
| | ☐  b. | Official Marriage Certificate for |
| | ☐  c. | Proof of termination of previous marriages, such as divorce decrees with English translation. |
| | ☐  d. | Wedding photos and other photos of you and your spouse together during your entire relationship. |
| | ☒  e. | Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc. |
| | ☒  f. | Proof of joint credit established since marriage, such as joint credit cards, loans, etc. |
| | ☐  g. | Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord. |
| | ☐  h. | Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage. |
| | ☐  i. | IRS Federal Tax Returns with W2s for years  2002. |
| | ☐  j. | Proof of medical, life and auto insurance during your marriage. |
| | ☒  k. | Proof of utility bills for a shared residence, such as telephone, electric, gas, etc.  You should provide statements that cover  the duration of your marriage. |
| ☐ | 12. | Other: |

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE IN THE ENVELOPE PROVIDED**

# EXHIBIT E

# Law Offices of S. Hala Souman

30 N. LaSalle Street, Suite 2850
Chicago, Illinois 60602
Telephone 312.845.1006
Facsimile 312.845.1007

May 9, 2006

**<u>Via Personal Delivery</u>**

Department of Homeland Security
Citizenship and Immigration Services
c/o Officer Fiscal
10 W. Jackson Boulevard
Chicago, Illinois 60604

      Re:   **NOUR A. ULAYYET**

Dear Officer Fiscal:

As you are aware, I represent the above referenced in her Application to Register Permanent Residence or Adjust Status and Application for Employment Authorization and other related immigration matters. As you may recall, you interviewed her on May 3, 2006 in your office. Her husband, Fahed Ulayyet, and myself were also present at that meeting. At the meeting you indicated that you were unable to make a decision for two reasons: (1) incomplete FBI name check; and (2) request for additional information.

Pursuant to your request, please find enclosed the following documents provided for your review, processing and consideration:

**Page 1**: Copy of the application for Automatic Extension of Time to Individual Income Tax Return and Check with 206 Shorewood Dr. Address and both social security numbers mine and Fahed's.

**Page 2**: Copy of Indiana Extension Payment with copy of the check made with it and with both social security numbers mine and Fahed's.

**Pages 3 & 4**: Copies of most recent Bank statements for Fahed with 206 Shorewood Dr. address.

**Pages 5 through 7**: Copies for Visa credit cards with both Fahed M. Ulayyet and Nour Alghnimi names with the same credit card number and it shows that we have been members since 97. And copies of front page of an account summery in which it goes back since 2002 and it has the address and also a recent bill showing the credit card number.

**Pages 8 through 12**: Copies of Master card credit cards, with both names Fahed and Nour Ulayyet, under Senior Care Insurance Services, this is our business account. And copies of statement from 2004 with 162 Roxbury Ct. address and most recent statement.

**Pages 13 through 15**: Copies from Van Guard Investment Group showing both Fahed and Nour names and 162 Roxbury Ct. address.

**Pages 16 & 17**: Copies for Vehicles Registrations for both cars Fahed's and mine and also copies for the car insurance, all were under Fahed's name.

**Pages 18 & 19**: Copies of phone Bills, for the home phone number. It has Fahed's name and 162 Roxbury Ct. address.

**Pages 20 through 26**: Copies for Cell. phone bills old and new with dated, names and address circled.

**Pages 27 & 28**: Copies of Dish Network bills, old and new. On these both my name and Fahed, as Fred, are, and both addresses are ther too. 206 Shorewood Dr. as the billing address and !62 Roxbury Ct. as th e address where the service is.

**Pages 29 through 33**: Copies of Appointment of Health Care Representative and Power of Attorney from Fahed M. Ulayyet to Nour Alghnimi Ulayyet.

**Pages 34 & 35**. Copies of Living Will and Declaration By Fahed M. Ulayyet to his wife Nour Alghnimi Ulayyet.

**Pages 36 through 38**: Copies of Last will and Testament of Fahed M. Ulayyet in which Nour Alghnimi Ulayyet was appointed as his wife.

**Pages 39 & 40**: Copies of Kitchen appliances purchases made on 2005 with my name and 162 Roxbury Ct. address on. On these transactions both credit cards the Visa and The Master card were used.

**Page 41**: Copy of contract for the  roof replacement done on 162 Roxbury Ct. Home and dated on 2003.

**Pages 42 & 43**: Copies of contract and receipt for installing hardwood floor for the house on 162 Roxbury Ct. Dated on 2004 and the Master card withcopy attached was used.

**Pages 44 through 46**: Copies for furniture purchases made on 2004 and receipt.

**Pages 47**: copy of Garage opener installing done for the house on 206 Shorewood Dr. with Fahed's, as fred name and my signature on it as well. this was done on 1998.

We are hoping that you will diligently follow up on the FBI name-check and issue the applicant a permanent residency card as soon as practicable. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Hala Souman, Esq.

cc:     Nour A. Ulayyet

# EXHIBIT F

STAPLE HERE

See Other Side

27

Family Name
AL GHNIMI

First (Given) Name
NOUR

Country of Citizenship
SYRIA

Birth Date (Day/Mo/Yr)
3 04 02 76

Departure Record
I-94
Immigration and Naturalization Service

23312052405205

421022306 08
Departure Number

F1
DIS

الإشارات

VISAS

26

UNITED STATES OF AMERICA

VISA

Issuing Post Name
DAMASCUS

Control Number
20002264320002

Surname
AL GHNIMI

Given Name
NOUR

Visa Type/Class
R F1

Passport Number
3607246

Sex
F

Birth Date
XXXXX1976

Nationality
SYR

Entries
M

Issue Date
15AUG2000

Expiration Date
31MAY2001

0110

Annotation
CALUMET COLLEGE OF ST JOSEPH
WHITING, IN

23370545705

39572521

VNSYRAL<GHNIMI<<NOUR<<<<<<<<<<<<<<<<<<<<<<<<<

3607246<<0SYR7600007F0008154F1101213DEC42213

التأشيرات

٢٦

# EXHIBIT G



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  ULAYYET, NOUR A

AS  098-587-557
CARD # MSC0529822511

Birthday  Category
07/  F
Country

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM  11/10/05  EXPIRES  11/09/06



8796221

This card is not evidence of U.S. citizenship or permanent residence. This document is void if altered, and may be revoked by the U.S. Government.

FORM I-766 Rev. (05-2004)

# EXHIBIT H

# Law Offices of S. Hala Souman

**FILE COPY**

30 N. LaSalle Street, Suite 2850
Chicago, Illinois 60602
Telephone 312.845.1006
Facsimile 312.845.1007

August 3, 2006

**Via U.S. Mail**

Department of Homeland Security
Citizenship and Immigration Services
c/o Officer Fiscal
230 S. Dearborn, 23rd Floor
Chicago, Illinois 60604

Re:    **NOUR A. ULAYYET**

Dear Officer Fiscal:

As you are aware, I represent the above referenced in her Application to Register Permanent Residence or Adjust Status and Application for Employment Authorization and other related immigration matters. As you may recall, you interviewed her on May 3, 2006 in your office. In that meeting, you requested additional documentation, which we submitted via personal delivery on May 5, 2006.

It has been exactly ninety (90) days since her interview. Therefore, we are writing in hopes that you will diligently follow up on the FBI name-check and issue the applicant a permanent residency card as soon as practicable. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Hala Souman, Esq.

cc:    Nour A. Ulayyet

# Law Offices of S. Hala Souman

30 N. LaSalle Street, Suite 2850
Chicago, Illinois 60602
Telephone 312.845.1006
Facsimile 312.845.1007

October 31, 2006

**Via U.S. Mail &**
**Certified Mail R/R/R**

Department of Homeland Security
Citizenship and Immigration Services
c/o Officer Fiscal
230 S. Dearborn, 23rd Floor
Chicago, Illinois 60604

> Re:   **NOUR A. ULAYYET**

Dear Officer Fiscal:

As you are aware, I represent the above referenced in her Application to Register Permanent Residence or Adjust Status and Application for Employment Authorization and other related immigration matters.  As you may recall, you interviewed her on May 3, 2006 in your office.  In that meeting, you requested additional documentation, which we submitted via personal delivery on May 5, 2006.  I have sent a letter inquiring into her case on August 3, 2006, a copy of which I am attaching for your records.

Therefore, we are writing in hopes that you will diligently follow up on the FBI name-check and issue the applicant a permanent residency card as soon as practicable.  Please contact me with the status of her case and acknowledge your receipt of a completed application.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Hala Souman, Esq.

cc:    Nour A. Ulayyet



# Law Offices of S. Hala Souman

30 N. LaSalle Street, Suite 2850
Chicago, Illinois 60602
Telephone 312.845.1006
Facsimile 312.845.1007

October 9, 2007

**Via U.S. Mail**

Department of Homeland Security
Citizenship and Immigration Services
c/o Officer Fiscal
230 S. Dearborn, 23rd Floor
Chicago, Illinois 60604

Re:    **NOUR A. ULAYYET**

Dear Officer Fiscal:

As you are aware, I represent the above referenced in her Application to Register Permanent Residence or Adjust Status and Application for Employment Authorization and other related immigration matters. As you may recall, you interviewed her on May 3, 2006 in your office. In that meeting, you requested additional documentation, which we submitted via personal delivery on May 5, 2006.

It has been almost 500 days since her interview. Therefore, we are writing in hopes that you will diligently follow up on the FBI name-check and issue the applicant a permanent residency card as soon as practicable. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Hala Souman, Esq.

cc:    Nour A. Ulayyet