# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Nour A Ulayyet

                                        Plaintiff,

v.                                                   Case No.:
                                                   1:07–cv–06816

                                                   Honorable Matthew F. Kennelly

United States Citizenship and Immigration Services, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing held on 2/19/2008 and continued to 3/4/2008 at 09:30 AM. Defendant is ordered to show cause why an order of default should not be entered. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.