UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOUR A. ULAYYET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 6816 |
| v. ) | |
| ) | Judge Kennelly |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICE, *et al*., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO RULE TO SHOW CAUSE

Defendants, through their attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submit this response to the court's February 19, 2008 rule to show cause and request that the court not issue an order of default.

1. On December 4, 2007, plaintiff filed this immigration case, seeking an order compelling the government to adjudicate his adjustment of status application.

2. The undersigned counsel for defendants failed to appear at the initial status in this case on February 19, 2008. As a result, the court ordered defendants to show cause why an order of default should not be entered.

3. Defendants' counsel received notice of the February 19, 2008 status on or about January 4, 2008 when it was issued. Unfortunately, counsel inadvertently failed to place the status date in his calendar. As a result, defendants' counsel forgot about the status and failed to appear.

4. The undersigned counsel apologizes to the court and plaintiff's counsel for the inconvenience caused by this mistake, and assures the court it will not be repeated.

5.　　Regarding the status of this case, the United States Citizenship and Immigration Service reports that plaintiff is scheduled for fingerprints on March 1, 2008, and USCIS anticipates completing the adjudication plaintiff's application *before* the next status in this case, on March 4, 2008. Such adjudication will likely moot this case and presumably cause plaintiff to voluntarily dismiss it.

6.　　Plaintiff's counsel does not oppose defendants' request that the court not order a default in this matter.

WHEREFORE, defendants request the court to refrain from issuing an order of default in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
　　PATRICK W. JOHNSON
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-5327
　　patrick.johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**RESPONSE TO RULE TO SHOW CAUSE**

was served on February 27, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov